UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IGNACIO COBOS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SHAWN P. SANT,<br><br>　　　　　Defendant. | NO.　CV-09-112-EFS<br><br>**ORDER DISMISSING ACTION** |

　　　In a May 12, 2009 Order, the Court denied Plaintiff Ignacio Cobos' application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) and directed him to pay the full $350.00 filing fee within twenty (20) days. (Ct. Rec. 5.)  Plaintiff failed to do so.

　　　Accordingly, **IT IS HEREBY ORDERED:** this action is **DISMISSED** without prejudice for failing to comply with 28 U.S.C. § 1914's filing-fee provisions.

　　　**IT IS SO ORDERED.**　The District Court Executive is directed to enter this Order, enter judgment of dismissal, forward a copy to Plaintiff at his last known address, and close the file.

　　　**DATED** this＿＿＿16th＿＿＿day of June 2009.


　　　　　　　　　　　　　　　　S/ Edward F. Shea
　　　　　　　　　　　　　　　EDWARD F. SHEA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Q:\Civil\2009\112.DA.Dismiss.wpd

ORDER DISMISSING ACTION -- 1