AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

IGNACIO COBOS,

    Plaintiff,

    v.

SHAWN P. SANT,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-112-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is dismissed without prejudice pursuant to the Order Dismissing Action entered on June 16, 2009, Ct Rec 7.

| | |
|---|---|
| June 16, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |